UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
ALLSTATE INSURANCE COMPANY,  )  No. C14-1525RSL
                             )
                  Plaintiff, )
        v.                   )  ORDER GRANTING PLAINTIFF'S
                             )  MOTION FOR SUMMARY
SIDNEY STARK, *et al.*,      )  JUDGMENT
                             )
                  Defendants.)
_____)

This matter comes before the Court on "Plaintiff Allstate Insurance Company's Motion and Memorandum for Summary Judgment." Dkt. # 7. Defendants, both of whom were served with the motion, have not filed an opposition. The Court considers such a failure to be "an admission that the motion has merit." LCR 7(b)(2). The Court has also reviewed the record in this matter and finds that plaintiff is entitled to a declaration that there is no coverage for or duty to defend defendant Stark under the homeowner's policy issued by Allstate. The motion for summary judgment is therefore GRANTED and the Clerk of Court is directed to enter judgment in favor of plaintiff and against defendants.

Dated this 3rd day of April, 2015.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT